# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>Judy Carol Staffa<br>　　　　Defendant. | CASE NUMBER: 3:08-cr-071-06 JWS |

**ORDER FOR OUT OF CUSTODY TRANSPORTATION**

Pursuant to 18 U.S.C. Section 3604, the U.S. Marshal is directed to provide out of custody transportation for defendant **Judy Carol Staffa** from **Anchorage, AK** to **Sacramento, CA**.

Ordered this **31st** day of **December**, 20**08**, at Anchorage, Alaska.

SIGNATURE REDACTED

U.S. DISTRICT/~~U.S. MAGISTRATE~~ JUDGE

(Rev 1/07)